R. E. OLSEN et al., Appellants, v. POT-
LATCH FORESTS, Inc., et al.,
Appellees.

No. 13155.

United States Court of Appeals
Ninth Circuit.

Jan. 6, 1953.

William S. Hawkins and E. L. Miller,
Coeur d'Alene, Idaho, for appellants.

Clarence J. Young and Frank C. Mc-
Colloch, Portland, Or., Elder, Elder &
Smith, R. N. Elder, Coeur d'Alene, Idaho,
William A. Babcock, Jr., Portland, Or., for
appellees.

Before MATHEWS, HEALY and
POPE, Circuit Judges.

PER CURIAM.

On the grounds and for the reasons stat-
ed in its opinion Potlatch Forests, Inc., v.
International Woodworkers of America, D.
C.Idaho, 108 F.Supp. 906, the judgment of
the District Court is affirmed.